**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Todd Michael Ammons                Gregory Paul Allen Marceaux
Stockwell, Sievert                 Marceaux Law Firm
P. O. Box 2900                     2901 Hodges St.
Lake Charles LA 70602              Lake Charles LA 70601


**REHEARING ACTION: December 22, 2010**

**Docket Number: 10   00017-CA**

**TIM WAGNER**
**VERSUS**
**INN OF LAKE CHARLES, ET AL.**

**Appealed from Calcasieu Parish Case No. 2008-1158**


**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tim Wagner** has this day been

    **DENIED.**


cc: Robert C. McCorquodale, Counsel for the Appellee
    David Ross Frohn, Counsel for the Appellee
    Benjamin Wesley Pitts, Counsel for the Appellant
    Kevin Lawrence Cole, Counsel for the Appellant